STATE

v.

James BRITTO.

No. 80–44–C.A.

Supreme Court of Rhode Island.

May 2, 1980.

Dennis J. Roberts II, Atty. Gen., for plaintiff.

Peter Olsen, Trial Division, Asst. Public Defender, John A. MacFadyen III, Barbara Hurst, Mary Levesque, Paula Rosin, Janice Weisfeld, Appellate Division, Asst. Public Defenders, for defendant.

### ORDER

The motion to remand this case to the Superior Court for hearing on defendant's motion for reduction of sentence is granted. Following said hearing, the case shall be returned to this court forthwith.